William F. Bacon, General Counsel (ISB #2766)
Shoshone-Bannock Tribes
Tribal Attorneys Office
P.O. Box 306
Fort Hall, Idaho 83203
Telephone: (208) 478-3822
Facsimile: (208) 478-9736
Email: bbacon@sbtribes.com

Mark A. Echo Hawk (ISB #5977)
ECHO HAWK & OLSEN, PLLC
P.O. Box 6119
505 Pershing Ave., Ste. 100
Pocatello, Idaho 83205-6119
Telephone: (208) 478-1624
Facsimile: (208) 478-1670
Email: mark@echohawk.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SHOSHONE-BANNOCK TRIBES OF THE FORT HALL RESERVATION, <br><br>   Plaintiff, <br> vs. <br><br> UNITED STATES OF AMERICA; et al., <br><br>   Defendants. | Case No. 4:18-cv-285-DCN <br><br> **MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS [Dkt. 41]** |

Plaintiff Shoshone-Bannock Tribes of the Fort Hall Reservation (Tribes), through undersigned counsel pursuant to Fed. R. Civ. P. 6(b)(1) and Local Rule 6.1, and based upon good cause, moves for an extension of time to respond[1] to United States Defendants' Motion to Dismiss the Amended Complaint (Docket No. 41) (Motion to Dismiss).

United States Defendants do not oppose this motion for extension of time.

---

[1] The Tribes' Response to the Motion to Dismiss is presently due on March 8, 2019.

As grounds for this Motion, the Tribes state:

1.      In reponse to the Tribes' Amended Complaint the United States Defendants filed a Motion to Dismiss on November 14, 2018. *Id.*

2.      Plaintiff and United States Defendants jointly moved for an entry of briefing schedule for Plaintiff to respond to the Motion to Dismiss (Docket No. 42), and an Order setting a briefing schedule was entered on November 20, 2018 (Docket No. 43). In addition, all matters in this case were stayed during the term of the government shutdown.[2]

3.      The pending Motion to Dismiss argues that a 2012 Settlement Agreement arising out of *Shoshone-Bannock Tribes of the Fort Hall Reservation v. Salazar*, Civil No. 1:02-cv-00254, U.S. District Court, District of Columbia (DC Case) applies to this case.

4.      The Tribes are filing a Motion for Clarification of the 2012 Settlement Agreement in the DC Case. The United States will be opposing the Tribes' Motion to Clarification in the DC Case.

5.      Contemporaneously, the Tribes are filing a Motion to Stay the Proceedings (Motion to Stay) in this action on the grounds that the District of Columbia Court has exclusive jurisdiction to interpret the 2012 Settlement Agreement.

6.      The ruling of the District of Columbia District Court will impact the issues pending before this Court in the Motion to Dismiss.

7.      Defendants City of Pocatello and Union Pacific Railroad Company do not oppose the Tribes' Motion to Stay.

---

[2] Pursuant to Local Rule 6.1(a), the Tribes inform the Court that it was previously granted an extension to respond to the United States Defendants' first Motion to Dismiss the Tribes' original Complaint (Docket No. 25); that Motion to Dismiss is now moot, however. The Tribes have not been granted a separate extension to respond to the present Motion to Dismiss the Amended Complaint.

8.      Accordingly, the Tribes request an extension of time to respond to Defendants' Motion to Dismiss until a ruling is made on the the Tribes' Motion for Clarification and Motion to Stay.

9.      The Tribes have finite litigation resources. The litigation resources available to the Tribes are not the same as those available to the United States. The Tribes need to dedicate their limited litigation resources first to the Motion for Clarification and Motion to Stay.

10.     Judicial economy favors letting the DC Court narrow the issues before this Court before additional briefing takes place on the Motion to Dismiss.

11.     Accordingly, the Tribes request an extension of time to respond to Defendants' Motion to Dismiss until a ruling is made on the the Tribes' Motion to Stay to be filed next week in this case.

The foregoing reasons show that good cause exists and that the Court should extend the Tribes' deadline to respond to the United States Defendants' Motion to Dismiss until three days after the Court renders a ruling on the Tribes' Motion to Stay.


DATED this 6th day of March, 2019.

ECHO HAWK & OLSEN, PLLC


By: */s/ Mark A. Echo Hawk*_____
        Mark A. Echo Hawk
        Attorney for Plaintiff

SHOSHONE-BANNOCK TRIBES


By: */s/ Bill Bacon*_____
        William F. Bacon
        General Counsel

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 6, 2019, the foregoing was electronically filed through the Court's CM/ECF system, which caused the following parties or counsel to be served by electronic means:

Kristofor R. Swanson
US Department of Justice
kristofor.swanson@usdoj.gov

Claudia A. Hadjigeorgiou
US Department of Justice
claudia.hadjigeorgiou@usdoj.gov

Syrena C. Hargrove
US Attorney, District of Idaho
Syrena.Hargrove@usdoj.gov

Blake G. Hall
City of Pocatello
bgh@hasattorneys.com

Lee Radford
Union Pacific Railroad Company
LRadford@parsonsbehle.com

John Cutler
Union Pacific Railroad Company
JCutler@parsonsbehle.com

Julianne P. Blanch
Union Pacific Railroad Company
JBlanch@parsonsbehle.com

ECHO HAWK & OLSEN, PLLC


*/s/ Mark Echo Hawk*
Mark A. Echo Hawk